# United States District Court

## WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5400BHS
(CR95-5415BHS)

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's §2255 motion is TRANSFERRED to the Ninth Circuit Court of Appeals for determination of whether his motion should be authorized pursuant to 28 U.S.C. §2244(b)(3)

_____June 17, 2010_____
Date

_____BRUCE RIFKIN_____
Clerk

_____*s/CM Gonzalez*_____
Deputy Clerk